BEFORE THE THIRD DIVISION, JUNE 23, 1960

No. 64351.—C. J. Tower & Sons of Buffalo, Inc. v. United States, protest 58/15810 (Buffalo).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of C. J. Tower & Sons v. United States (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

JUNE 16, 1960

No. 64352.—R. Greenspan & Co. v. United States, protest 58/19304.— Plaintiff's application for rehearing granted.

JUNE 20, 1960

No. 64353.—SUIT 4988.—Star-Kist Foods, Inc. v. United States (Bruno Scheidt, Inc., Party in Interest).— —C.D. 2043 affirmed December 15, 1959. C.A.D. 728.

JUNE 23, 1960

No. 64354.—SUIT 5033.—United States v. Asiatic Petroleum Corp. and E. F. Philbin.— —C.D. 2137. (Appeal dismissed May 3, 1960.)